LAW OFFICES

# MITCHELL SILBERBERG & KNUPP LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA  90064-1683
(310) 312-2000
FAX:  (310) 312-3100

June 30, 2003

John W. Corliss
Loyola University Chicago
2160 South First Avenue
Maywood, IL  60153-5589

Re:     Notice of Copyright Infringement (17 U.S.C. § 512(c)(3))

Dear John W. Corliss:

We are counsel to the Recording Industry Association of America, Inc. ("RIAA") and its member record companies.  The RIAA is a trade association whose member companies create, manufacture, and/or distribute approximately ninety percent (90%) of all legitimate sound recordings sold and distributed in the United States.  Under penalty of perjury, we submit that we are authorized to act on behalf of the RIAA and its member companies in matters involving the online infringement of their copyrighted sound recordings.

A user, customer, or subscriber of your system or network, identified by the IP address, date, and time on the attached document, is offering for download over the Internet files containing copyrighted sound recordings owned by RIAA member companies.  The attached document also includes a representative list of the recordings the identified user is offering for download.  We have a good faith belief that such activities are not authorized by the copyright owners, their agents, or the law, and assert that the information in this Notice of Copyright Infringement is accurate, based on the data available to us.

Thank you for your prompt attention to this matter.  Should you have any questions, please contact me at (310) 312-3297 or at dmca@msk.com.

Sincerely,

Yvette Molinard
for
MITCHELL SILBERBERG & KNUPP LLP

03-284

147.126.47.87 on 6/27/2003 at 7:01 p.m.(EDT)

The user at the above-identified IP address, using the screen name corlyn@fileshare, has offered for download through the online media distribution system known as iMesh copyrighted sound recordings owned by RIAA member record companies, including the following representative recordings:

Ben Harper - Alone
Bjork - Bachelorette
Ben Harper - Give a Man a Home
Bjork - Hyperballad
Red Hot Chili Peppers - My Friends
Sublime - Santeria
Wallflowers - Sleepwalker

03-28 4

## DECLARATION PURSUANT TO 17 U.S.C. § 512(h)

I, Yvette Molinaro, the undersigned, declare that:

1.      I am an attorney licensed to practice law in the State of California and am associated with Mitchell Silberberg & Knupp LLP ("MSK"), counsel for the Recording Industry Association of America, Inc. ("RIAA") and its member record companies.  MSK is authorized to act on behalf of the RIAA and its member companies on matters involving the infringement of their copyrighted sound recordings.  This declaration is made in support of the accompanying Subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

2.      The purpose of the accompanying Subpoena is to obtain the identity of the alleged copyright infringer who is identified at the Internet location listed on Attachment A to the Subpoena.   The information obtained will be used only for the purpose of protecting the rights granted to our clients under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California, on Monday, June 30, 2003.

Yvette Molinaro

03-284

Mitchell Silberberg
& Knupp LLP

DECLARATION PURSUANT TO 17 U.S.C. § 512(H)